MICHAEL HINCKLEY, State Bar No. 161645
803 Hearst Avenue
Berkeley, California 94710
Telephone:    (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant
EMMA N. SIEGAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>EMMA SIEGAL, ET AL.<br><br>         Defendants. | Case No. CR-12-821 WHA (MEJ)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE HEARING** |

   Defendant EMMA SIEGAL, by and through her counsel Michael Hinckley and the United States of America, by and through Assistant United States Attorney Kevin Barry, hereby stipulate and agree to continue this matter from February 28, 2013 to March 26, 2013 at 9:30 a.m.

   Good cause exists for this request in that Ms. Siegal, who resides on the east coast, is pregnant. Her expected date of delivery was February 21, 2013. As a result she is unable to fly or travel to Court on the date scheduled.

   The parties also stipulate and agree that excluding the time resulting from this continuance from computation under the Speedy Trial Act is appropriate for effective case preparation, medical necessity, and the interest of justice and outweighs the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Dated: 2/25/2013          /s/Kevin Barry

                                                Kevin Barry
                                                Assistant United States Attorney

Dated: 2/25/2013          /s/Michael Hinckley

                                                MICHAEL HINCKLEY
                                                Attorney for Defendant
                                                EMMA SIEGAL

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, this matter is continued from February 28, 2013, to March 26, 2013 at 9:30 a.m.

Also, based upon the representation of counsel and the stipulation, and good cause shown, the Court finds that failure to exclude time from February 28, 2013 to March 26, 2013, would unreasonably deny defendant reasonable time necessary for effective preparation of her counsel, taking into account the exercise of due diligence as well as medical necessity.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court finds that the ends of justice served by excluding time from February 28, 2013 to March 26, 2013, from computation under the Speedy Trial act outweigh the best interest of the public and the defendant in a speedy trial.  THEREFORE, IT IS HEREBY ORDERED that the time from February 28, 2013 to March 26, 2013, shall be excluded from computation under the Speedy Trial act.  18 U.S.C. § 3161 (h)(7)(A) &(B)(iv).

IT IS SO ORDERED.

Dated: February 25, 2013          

                                                Honorable Maria-Elena James
                                                United States Chief Magistrate Judge