TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
Emma Siegel

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-821 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| Emma Siegel, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record that the status conference in the above-referenced matter should be continued from May 7, 2013, 2013 to June 18, 2013, at 2:00 p.m.  The necessity for the continuance arises from (1) defense counsel's recent retention and receipt of discovery, and (2) difficult logistics as a result of the fact that Ms. Siegel resides in Maine and is the mother of a very young infant, while counsel is located here in the Bay Area.  The parties note that they are in the midst of serious discussions to resolve this matter and hope to have a resolution to present to the Court by June 18th.  Finally, the parties stipulate there should be an exclusion of time from May 7, 2013, 2013 to June 18, 2013 for continuity of counsel pursuant to 18 U.S.C. § 3161 (h)(7)(A) and  (B)(iv).

Dated: April 17, 2013

                /s/
TED W. CASSMAN,
Arguedas, Cassman & Headley, LLP

Dated: April 17, 2013

                /s/
KEVIN BARRY,
Asst. U.S. Attorney

ORDER

Based upon the parties' stipulation and for good cause shown, it is so ordered.

Dated: April 17, 2013

WILLIAM ALSUP,
United States District Court Judge