MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7123
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

**FILED**

AUG 29 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> EMMA SIEGEL, <br>     Defendant. | NO. CR 12-0821 WHA <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER VACATING STATUS HEARING** |

    The Court has set September 3, 2013, at 2:00 p.m. as the date for a status conference. For the reasons set forth below, the parties respectfully request that the Court vacate that status conference on the basis that Defendant will be offered pretrial diversion.

    Further, Defendant lives in Maine, and she is scheduled to begin classes on September 3, 2013, and the parties wish to avoid both the expense of a trip to San Francisco and the disruption of her education that attendance at the hearing would necessarily entail.

    The parties are taking the unusual step of asking the duty District Judge to address this scheduling issue in this case because of the short time before the hearing and because Judge Alsup is not available at

STIPULATION AND [~~PROPOSED~~] ORDER VACATING STATUS CONFERENCE
CR 12-0821 WHA                    1

1  the moment.

2  The government made the decision to offer diversion only yesterday, after extensive consideration
3  both internally and with defense counsel. Thus, the parties did not have time to make this request prior to
4  Judge Alsup becoming unavailable.

5  With respect to Judge Alsup's likely position on this change to his calendar, the parties represent
6  that he would likely grant the request. On June 18, 2013, the parties appeared before Judge Aslup for a
7  status conference. Dkt. 29. During that hearing, the parties addressed the issue of diversion as a
8  possibility to resolve the case, and Judge Alsup referred the case to a settlement conference to continue
9  that discussion. Dkt. 28 (rescinded on July 1, 2013, Dkt. 38). In addition, Judge Alsup granted the
10 parties' request to reschedule an August 20, 2013 status conference to allow the parties to continue
11 exploration of a resolution, including diversion, and to avoid unnecessary travel for Defendant. Dkt. 50.

12 Thus, the parties believe that Judge Alsup would grant this request, as the case will be put on hold
13 while Defendant undergoes the diversion process, and this will prevent the expense and educational
14 disruption to Defendant of her attendance at the hearing.

15 The parties will submit a Status Report in one month detailing the process for diversion, so Judge
16 Alsup will be fully informed of what diversion will entail for Defendant.

17 Should the Court not want to vacate a hearing on another Judge's calendar, in the alternative, the
18 parties request that Defendant's presence be waived for the September 3, 2013 hearing.

19 The parties also request that time be excluded from calculation under the Speedy Trial Act from
20 the date of this Order through September 30, 2013 for effective preparation of counsel in preparing a final
21 written diversion agreement. 18 U.S.C. §3161(h)(7)(B)(iv). In addition, the parties maintain that this
22 Stipulation serves as an initial written agreement to defer prosecution. See 18 U.S.C. §3161(h)(2).

23 SO STIPULATED:

24 MELINDA HAAG
25 United States Attorney

26 DATED: August 29, 2013           _____/s/_____
                                     KEVIN J. BARRY
27                                   Assistant United States Attorney

28

STIPULATION AND [~~PROPOSED~~] ORDER VACATING STATUS CONFERENCE
CR 12-0821 WHA                 2

DATED: August 29, 2013

_____/s/_____
TED W. CASSMAN
Attorney for EMMA SIEGEL

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is <u>Ted Cassman</u>. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: August 29, 2013

_____/s/_____
KEVIN J. BARRY
Assistant United States Attorney

### [PROPOSED] ORDER

_____ For the reasons stated above, the Court vacates the September 3, 2013 status conference. The parties shall submit a Status Report detailing the diversion process no later than September 30, 2013 The Court finds that exclusion of the time from the date of this Order through September 30, 2013, from the time limits applicable under 18 U.S.C. § 3161 is warranted and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

✓ For the reasons stated above, the Court excuses the personal appearance of Defendant from the September 3, 2013 status conference. The conference will proceed as scheduled, but without the need for Defendant to appear.

IT IS SO ORDERED.

DATED: 8/29/13

_____
HON. JON S. TIGAR
United States District Judge

STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE
CR 12-0821 WHA                3