| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | KEVIN J. BARRY (CABN 229748)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6840
FAX: (415) 436-7123
Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 12-0821 WHA |
| Plaintiff, | ) | |
| v. | ) | **REVISED NOTICE OF DISMISSAL AND** ~~**[PROPOSED]**~~ **ORDER** |
| EMMA SIEGEL, | ) | |
| Defendant. | ) | |

In the government's notice of dismissal following a successful period of diversion, it requested that the indictment in this action be dismissed without prejudice. In response, Defendant submitted a letter asking that the case be dismissed with prejudice. The nature of the dismissal – with or without prejudice – was not a negotiated term in the diversion agreement.

Considering Ms. Siegel's considerable and successful efforts to rehabilitate herself prior to her arrest and her performance while under the supervision of Pretrial Services, the government has no objection to the Court dismissing the case against her with prejudice.

//

1  Therefore, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
2  United States Attorney for the Northern District of California dismisses the indictment in the above
3  action with prejudice.

4                                                          Respectfully submitted,

5                                                          MELINDA HAAG
                                                           United States Attorney
6  DATED: October 14, 2014

7                                                          _____/s/_____
                                                           KEVIN J. BARRY
8                                                          Assistant United States Attorney

## [PROPOSED] ORDER

Leave is granted to the government to dismiss the indictment, and the action is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  October 15, 2014.                                  _____
                                                           HON. WILLIAM ALSUP
                                                           United States District Judge

REVISED NOTICE OF DISMISSAL AND [PROPOSED] ORDER
CR 12-0821 WHA                                2